AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

CARLOS ADALBERTO VILLALOBOS-MARAVILLA
also known as Carlos Adolbeto Maravilla
also known as Carlos M. Villalobos
also known as Jose Castnaneda
also known as Manuel De Jesus Parada
also known as Carlos A. Villalobos

**WARRANT FOR ARREST**

FILED 28217016

AUG 16 2005   CASE NUMBER 05-0463M-01

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___CARLOS ADALBERTO VILLALOBOS-MARAVILLA___
Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

REENTRY AFTER DEPORTATION

in violation of Title __8__ United States Code, Section(s) __1326(a)__.

| ALAN KAY | U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | AUG 16 2005   District of Columbia |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __Washington, DC__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-16-05 | JOHN A. Brusseau AGENT - ICE CARFTF | [signature] |
| DATE OF ARREST | | |
| 8-16-05 | | |