IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 05-463-M** |
| | : | |
| **CARLOS A. VILLALOBOS-MARAVILLA** | : | **VIOLATION:** |
| **also known as Carlos Adalberto Maravilla,** | : | |
| **also known as Carlos M. Villalobos,** | : | 8 U.S.C. § 1326(a) |
| **also known as Jose Castaneda,** | : | (Unlawful Reentry of a |
| **also known as Manuel De Jesus Parada,** | : | Removed Alien) |
| **also known as Carlos A. Villalobos,** | : | |
| | : | |
| **Defendant.** | : | |

## INFORMATION

Oor about August 12, 2005, in the District of Columbia, the defendant, CARLOS A. VILLALOBOS-MARAVILLA, also known as Carlos Adalberto Maravilla, also known as Carlos M. Villalobos, also known as Jose Castaneda, also known as Manuel De Jesus Parada, also known as Carlos A. Villalobos, an alien, was found in the United States after having been previously deported and removed from the United States, without having obtained the express

consent of the Attorney General of the United States or the Secretary of the Department of

Homeland Security of the United States to re-apply for admission into the United States.

    (**Unlawful Reentry of a Removed Alien**, in violation of Title 8, United States Code, Section 1326(a)).

                                  KENNETH L. WAINSTEIN
                                  UNITED STATES ATTORNEY
                                  D.C. Bar # 451-058

By:    _____
        Catharine A. Hartzenbusch
        D.C. Bar # 450-194
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-8822