IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 05-326 (JDB) |
| : | |
| v. : | MAGISTRATE NO. 05-463-M |
| : | |
| CARLOS A. VILLALOBOS-MARAVILLA : | VIOLATION: |
| also known as Carlos Adalberto Maravilla, : | |
| also known as Carlos M. Villalobos, : | 8 U.S.C. § 1326(a) and (b)(2) |
| also known as Jose Castaneda, : | (Unlawful Reentry of a |
| also known as Manuel De Jesus Parada, : | Removed Alien) |
| also known as Carlos A. Villalobos, : | |
| : | |
| Defendant. : | |

**FILED**

SEP 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about August 12, 2005, in the District of Columbia and elsewhere, the defendant, **CARLOS A. VILLALOBOS-MARAVILA**, committed the offense of Unlawful Reentry of a Removed Alien in violation of 8 U.S.C. § 1326 (a).

1. The defendant is a native and citizen of El Salvador who previously has been deported from the United States, and who entered and is present in the United States unlawfully without applying for the express consent of the Attorney General of the United States or the Secretary of Homeland Security.

2. On or about June 18, 1980, the defendant entered the United States near Brownsville, Texas, without inspection by an Immigration Officer.

3.      On or about December 6, 2004, the defendant was removed from the United States pursuant to an Order issued on October 27, 2004. Prior to his deportation, the defendant signed a Warrant of Deportation, INS Form I-205, and affixed a fingerprint onto the document. A duly sworn United States Immigration Officer witnessed the departure of the defendant.

4.      On or about August 12, 2005, the defendant was found in the District of Columbia at 1415 Girard Street, NW, Apartment 203. He was arrested by an agent of the Immigration and Customs Enforcement for entering the United States without being admitted or paroled by an Immigration Officer. He was fingerprinted and photographed by the ICE agent.

5.      On or about August 12, 2005, the fingerprints taken of the defendant on August 12, 2005 were submitted to the FBI's Special Processing Unit for comparison with the fingerprints taken on December 6, 2004 as well as the fingerprints in the FBI indices for someone named Carlos Adalberto Maravilla. The FBI determined that the fingerprints submitted all matched each other, which establishes that they were all taken from the same person, that is, the defendant.

6. An ICE agent reviewed records maintained by ICE and found no record that the defendant had applied for permission from the Attorney General or the Secretary of Homeland Security, or his delegate, to reenter the United States.

I, CARLOS A. VILLALOBOS-MARAVILLA, ACCEPT AND AGREE TO THIS STATEMENT OF FACTS AND HEREBY CERTIFY AND DECLARE THAT THE FACTS SET FORTH IN THIS FACTUAL PROFFER ARE TRUE AND CORRECT.

_9-22-05_
Date

_Carlos Villalobos_
Carlos A. Villalobos-Maravilla, Defendant

I have reviewed this factual proffer with Carlos A. Villalobos-Maravilla:

_9/22/05_
Date

Lara Quint, Esquire
Attorney for Carlos A. Maravilla-Villalobos

For the government:

_September 23, 2005_
Date

Catharine A. Hartzenbusch, AUSA

3