CO-526
(12/86)

**FILED**

SEP 2 3 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 05-326
)
CARLOS VILLALOBOS-MARAVILLE )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____ For Lara Quint
Counsel for defendant
Carlos J. Vanegas

I consent:

_____
Assistant United States Attorney

Approved:

_____     Date: Sept 23, 2005
Judge John D. Bates