UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>CARLOS VILLALOBOS-MARAVILLE ) | Criminal Case No. 05-326 |

WAIVER OF INDICTMENT

I, **CARLOS VILLALOBOS-MARAVILLE**, the above-name defendant, who is accused of

Unlawful Reentry of a Removed Alien
8 USC Section 1326(a)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **September 23, 2005** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____ for Lara Quint
Counsel for Defendant
Carlos J. Vanegas

Before _____   Date: Sept. 23, 2005
       Judge John D. Bates